UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN FINLEY,

    Plaintiff,

Case No. 18-cv-11176
Hon. Matthew F. Leitman

v.

NATIONSTAR MORTGAGE,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order dated December 10, 2018,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

                              DAVID J. WEAVER
                              CLERK OF COURT

                    By:    s/Holly A. Monda
                               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: December 10, 2018
Flint, Michigan